**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Javalon Dale Robinson v. The State of Texas

Appellate case number:   01-19-00501-CR

Trial court case number:  1549066

Trial court:                       263rd District Court of Harris County

       The Court has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c).  The record contains an order signed by a magistrate pursuant to Texas Code of Criminal Procedure Article 16.22, which references a document under seal.  The order states:

> On this date, the Magistrate received written or electronic notice
> filed as the '16.22 Notification' in this case, incorporated herein by
> reference and hereby ORDERED to be kept under seal."

The record filed in this Court does not contain the "16.22 notification" which is kept under seal in the trial court.

       The Harris County District Clerk is directed to file a supplemental clerk's record under seal **on or before November 6, 2020**, containing the written or electronic "16.22 Notification" sent to the magistrate, the trial court's order sealing the record, if any, and any order reflecting the parties and/or their counsel who are allowed access to view the sealed record.

       If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

       It is so ORDERED.


Judge's signature: ___Justice Richard Hightower_____
                             ☐ Acting individually     ☑ Acting for the Court

Panel consists of Justices Goodman, Hightower, and Countiss

Date: __October 27, 2020_____